SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED MAHMOOD AHMED,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>    Defendants. | No. C 06-7364 JCS<br><br>STIPULATION TO EXTEND DATE OF MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the motion to dismiss hearing and case management conference, which are both currently scheduled for June 29, 2007, in light of the following:

    1. The plaintiff filed an action on November 30, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application.

    2. The defendants have filed a motion to dismiss the action and the plaintiff has filed his

Stipulation for Extension
C06-7364 JCS                  1

opposition.

3. The parties believe that there is a likelihood that this case may be administratively resolved without further litigation. Therefore, the parties hereby request this Court to reschedule the motion to dismiss hearing and case management conference to July 27, 2007.

Dated: June 15, 2007

ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June ___, 2007

ROBERT VOLZ
Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to July 27, 2007 at 9:30 a.m.

Dated: June ___, 2007

JOSEPH C. SPERO
United States Magistrate Court

1 | opposition.

2 | 3. The parties believe that there is a likelihood that this case may be administratively resolved
3 | without further litigation. Therefore, the parties hereby request this Court to reschedule the motion
4 | to dismiss hearing and case management conference to July 27, 2007.

6 | Dated: June 15, 2007

7 | ILA C. DEISS
  | Assistant United States Attorney
8 | Attorney for Defendants

9 | Dated: June 15, 2007
10 |
   | ROBERT VOLZ
11 | Attorney for Plaintiff

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to July 27, 2007 at 9:30 a.m.

Dated: June 18, 2007



IT IS SO ORDERED
Judge Joseph C. Spero

Stipulation for Extension
C06-7364 JCS

2