1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  SYED MAHMOOD AHMED,                    )
                                           )  No. C 06-7364 JCS
13              Plaintiff,                  )
                                           )
14        v.                               )
                                           )  STIPULATION TO VACATE HEARING
15  ALBERTO GONZALES, Attorney General     )  DATE ON DEFENDANTS' MOTION TO
    of the United States; MICHAEL CHERTOFF,)  DISMISS; AND [~~PROPOSED~~] ORDER
16  Secretary of the Department of Homeland)
    Security; EDUARDO AGUIRRE, Director    )  Date: July 27, 2007
17  of United States Citizenship and Immigration )  Time: 9:30 a.m.
    Services; MICHAEL MUELLER, Director    )
18  of the Federal Bureau of Investigation;)
    CHRISTINA POULOS, Acting Director      )
19  of the California Service Center,      )
                                           )
20              Defendants.                 )
                                           )
21

22        Plaintiff, by and through his attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing date on

24  the Defendants' Motion to Dismiss, which is currently scheduled for July 27, 2007, in light of the

25  following:

26        1.  In June 2007, Defendants requested an expedite of Plaintiff's name check with the FBI

27  and the request was granted.

28        2.  On July 2, 2007, the State Department issued an "Update on July Visa Availability"

Stipulation to Vacate Hearing
C06-7364 JCS                              1

1  stating that there were no more employment-based visa numbers available for the rest of the fiscal

2  year, attached hereto as Exhibit A.

3      3.  The State Department will not be issuing any more employment-based visas until

4  October 2007, and USCIS is unable by statute to adjudicate Plaintiff's application for adjustment

5  of status until a visa becomes available.

6      4.  Therefore, the parties hereby request this Court to vacate the July 27, 2007 hearing date

7  and to hold the case in abeyance until a visa becomes available.

8      5.  If this case does not resolve itself administratively, within three days of visas becoming

9  available by the State Department, the parties agree to reset the hearing date on Defendants'

10  motion to dismiss.

11

12  Dated: July 13, 2007                              /s/
                                      ILA C. DEISS

13                                        Assistant United States Attorney
                                      Attorney for Defendants

14

15  Dated: July 13, 2007                              /s/
                                      ROBERT VOLZ

16                                        Attorney for Plaintiff

17

18                                 **ORDER**

19      PURSUANT TO STIPULATION, IT IS SO ORDERED that the defendants' July 27, 2007

20  hearing is vacated.

21

    Dated:  July 18,2 007

22



23                         United States Magistrate Judge

24

25

26

27

28