| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SYED MAHMOOD AHMED, | ) | |
| Plaintiff, | ) | No. C 06-7364 JCS |
| v. | ) | |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Acting Director of the California Service Center, | ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of this action because United States Citizenship and Immigration Services has approved Plaintiff's adjustment of status application (I-485).

Each of the parties shall bear their own costs and fees.

///

Stipulation for Dismiss
C06-7364 JCS                                                    1

1 | Dated: August 24, 2007 | /s/
2 | | ILA C. DEISS
  | | Assistant United States Attorney
3 | | Attorney for Defendants
4 |
5 | Dated: August 24, 2007 | /s/
  | | ROBERT VOLZ
6 | | Attorney for Plaintiff
7 |
8 | | **ORDER**
9 | Pursuant to stipulation, IT IS SO ORDERED.
10 |
11 | Dated: August  27 , 2007
12 | | JOSEPH C. SPERO
  | | United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

Stipulation for Dismiss
C06-7364 JCS                                      2